# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4731
_____

SHARON FULTON,

Petitioner,

v.

STUDENT TRANSPORTATION OF
AMERICA/NATIONAL INTERSTATE
INSURANCE CO.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 20, 2018

PER CURIAM.

DENIED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James R. Parris of Parris & Papa, P.A., Jacksonville, for Petitioner.

Thomas G. Portuallo of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Jacksonville, for Respondents.